IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DRELIJAH J. MUHAMMAD, a/k/a<br>MARCUS ORLANDO TATE, a/k/a<br>MARCUS ORLANDO TAITE, a/k/a<br>DR. ELIJAH JOSHUA MUHAMMAD, II,<br># 180664,[1] | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 1:18-cv-501-TFM-B |
| RANCE REEHL COLDWELL BANK<br>REAL ESTATE, *et al.,* | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

On January 25, 2019, the Magistrate Judge entered a Report and Recommendation (Doc. 8) which recommends dismissal of the action pursuant to 28 U.S.C. § 1915(g) because he did not pay the filing fee at the time he filed the action nor does this action meet the exception under § 1915(g). Plaintiff timely filed objections (Doc. 10)

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g). *Dupree v. Palmer*, 284 F.3d 1234, 1236 (11th Cir. 2002) (holding that an action must be dismissed without prejudice when an inmate who is subject to 28 U.S.C. § 1915(g)

---

[1] The Alabama Department of Corrections' website lists these aliases and others for Marcus Taite, AIS # 180664.

does not pay the full filing fee at the time he *initates* the action) (emphasis in original); *Vanderberg v. Donaldson*, 259 F.3d 1321, 1324 (11th Cir. 2001) (holding that the filing fee paid must be paid by an inmate subject to § 1915(g) at the time an action is commenced), *cert. denied*, 535 U.S. 976 (2002).

**DONE** and **ORDERED** this the 8th day of March 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE