IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DRELIJAH J. MUHAMMAD, a/k/a )
MARCUS ORLANDO TATE, a/k/a )
MARCUS ORLANDO TAITE, a/k/a )
DR. ELIJAH JOSHUA MUHAMMAD, II, )
# 180664,[1] )
 )
    Plaintiff, )
 )
vs. ) CIVIL ACTION NO. 1:18-cv-501-TFM-B
 )
RANCE REEHL COLDWELL BANK )
REAL ESTATE, *et al.*, )
 )
    Defendants. )

## JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the Court, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is hereby **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this the 8th day of March 2019.

    /s/Terry F. Moorer
    TERRY F. MOORER
    UNITED STATES DISTRICT JUDGE

---

[1] The Alabama Department of Corrections' website lists these aliases and others for Marcus Taite, AIS # 180664.